

DEC 16 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| Louis DeSalle | |
| *Plaintiff,* | |
| v. | |
| TitleMax of Virginia, Inc., d/b/a TitleMax, | |
| *Defendant.* | |

Civil Action No.: 3:14cv834

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§§ 1332, 1441 and 1446, Defendant TitleMax of Virginia, Inc. (herein, "Defendant"), by counsel, hereby files this Notice of Removal, removing to this Court the above-styled action currently pending in the Circuit Court for the City of Petersburg, Virginia, which bears the circuit court case number 730CL14000783-00.

The grounds for removal are as follows:

1.      Plaintiff Louis DeSalle (herein, "Plaintiff") filed a Complaint against Defendant in the Circuit Court of the City of Petersburg, Virginia styled: as *Louis DeSalle v. TitleMax of Virginia, Inc., d/b/a TitleMax*, Case No. 730CL14000783-00 (the "State Court Action").

2.      On November 25, 2014 the Complaint in the State Court Action was served on Defendant. This Notice of Removal is therefore timely filed under 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the Defendant in this action are attached to this Notice as Exhibit A.

4.      Plaintiff is now, and was at the time he filed the State Court Action, a citizen of the Commonwealth of Virginia. Ex. A, Compl. ¶ 3.

5.    Defendant is a Delaware corporation and has its principal place of business in Savannah, Georgia.

6.    For the purposes of diversity jurisdictions, corporate entities are judged by their state of incorporation and principal place of business. Cent. W. Virginia Energy Co. v. Mountain State Carbon, LLC, 636 F.3d 101, 102 (4th Cir. 2011).

7.    For the purposes of removal the Defendant is now, and was at the time the State Court Action was filed, a citizen of the State of Delaware and Georgia.

8.    Complete diversity of citizenship, therefore, exists between the Defendant and the Plaintiff.

9.    The amount in controversy exceeds $75,000.00.  As set forth in Plaintiff's Complaint, Plaintiff alleges over $125,000.00 in damages. Id., Ex. A at 14.

10.    The United States District Court for the Eastern District of Virginia has Jurisdiction over this action under 28 U.S.C. § 1332, based on diversity of citizenship of the parties.

11.    Defendant is entitled to remove this action to this Court under 28 U.S.C. § 1441 because the Circuit Court of the City of Petersburg lies within this district and division.

12.    Pursuant to 28 U.S.C. § 1391, and the Local Rules of this Court, venue is proper in the United States District Court for the Eastern District of Virginia, Richmond Division.

13.    Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of the City of Petersburg, Virginia and give written notice of the filing of this Notice of Removal to Plaintiff's counsel.

14.    By filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

15.     Accompanying this Notice of Removal are a Civil Cover Sheet and a check in the amount of the required filing fee.

WHEREFORE, Defendant respectfully requests that the action pending as Case No. 730CL14000783-00 in the Circuit Court of the City of Petersburg, Virginia be removed to the United States District Court for the Eastern District of Virginia, Richmond Division.

Dated: December 16, 2014

Respectfully submitted,

Brandon H. Elledge (VSB# 45349)
Kelly A. Krystyniak (VSB# 82310)
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, Virginia 22102
(703) 720-8600
(703) 720-8610 (facsimile)

*Counsel for TitleMax of Virginia, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on this 16th day of December, 2014 a true copy of the foregoing was served

by first class mail and e-mail to:

Dale W. Pittman (VSB# 15673)
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
T: 804.861.6000
dale@pittmanlawoffice.com

*Counsel for Plaintiff Louis DeSalle*

Kelly A. Krystyniak

#34259389_v1

4